People v Martino
2026 NY Slip Op 03585
June 5, 2026
Appellate Division, Fourth Department
Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.
This decision is uncorrected and subject to revision before publication in the Official Reports.

THE PEOPLE OF THE STATE OF NEW YORK, RESPONDENT,
v
JOSEPH T. MARTINO, ALSO KNOWN AS JOSEPH MARTINO, DEFENDANT-APPELLANT.

Supreme Court of the State of New York, Appellate Division, Fourth Judicial Department
Decided on June 5, 2026
429 KA 23-01462
Present: Whalen, P.J., Bannister, Greenwood, Nowak, And Hannah, JJ.

THE LEGAL AID BUREAU OF BUFFALO, INC., BUFFALO (ERIN A. TRESMOND OF COUNSEL), FOR DEFENDANT-APPELLANT.
KEVIN T. FINNELL, DISTRICT ATTORNEY, BATAVIA (WILLIAM G. ZICKL OF COUNSEL), FOR RESPONDENT.

Appeal from a judgment of the Genesee County Court (Melissa Lightcap Cianfrini, J.), rendered August 1, 2023. The judgment convicted defendant, upon his plea of guilty, of grand larceny in the fourth degree.
[*1]
It is hereby ORDERED that said appeal is unanimously dismissed as moot (see People v Nice, 189 AD3d 2141, 2141-2142 [4th Dept 2020]).
Entered: June 5, 2026 Ann Dillon Flynn
Clerk of the Court